No. 5,237.—E. P. McDOWELL, APPELLANT, *v.* PUBLIC
MOTOR COMPANY, RESPONDENT.

*Appeal from District Court, Yellowstone County.*

Decided February 5, 1924.

PER CURIAM.—This cause having been regularly set for
hearing this day and appellant not having filed any brief or
made appearance, it is ordered that the judgment of the court
below entered on the twentieth day of March, 1922, be and
the same is affirmed.

*Messrs. Collins & Wood,* for Appellant.

*Messrs. Johnston, Coleman & Johnston, for Respondent.*